IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

IN RE: MERRY CAITLIN JOHNSON                                3:19-MC-17

ORDER OF DISBARMENT

1. This court entered and served on Respondent, Merry Caitlin Johnson a June 5, 2019 order commanding her to show cause within thirty (30) days why she should not be suspended from the practice of law in the United State District Court for the Northern District of Mississippi for a period of three (3) years. The order was mailed to Ms. Johnson on July 9, 2019, and she was ordered to show cause by August 8, 2019.

2. More than thirty (30) days have elapsed since entry and service of the show-cause order and Respondent has failed to answer or otherwise respond.

3. Merry Caitlin Johnson is hereby suspended from practicing in this court for a period of three (3) years, commencing on the date this order is filed.

4. No application for relief from this suspension will be considered unless and until Respondent is restored as an attorney in good standing with the Mississippi Bar and the Mississippi Supreme Court.

5. The clerk of this court is ordered to send certified copies of this order to Respondent at her address of record, to the Executive Director of the Mississippi Bar, and to the United States Attorney for the Northern District of Mississippi.

It is SO ORDERED, on this the ___14th___ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE